# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 26, 2015

Before

DIANE S. SYKES, *Circuit Judge*

Nos. 13-3343, 13-3346 & 13-3347

| | |
|---|---|
| ROBERT STINSON, | Appeals from the United States District |
| *Plaintiff-Appellee,* | Court for the Eastern District of |
| | Wisconsin. |
| *v.* | |
| | No. 09-cv-1033 |
| JAMES GAUGER, LOWELL T. | |
| JOHNSON and RAYMOND | C.N. Clevert, Jr., |
| RAWSON, | *Judge.* |
| *Defendants-Appellants.* | |

## O R D E R

Upon consideration of the **MOTION TO CORRECT CLERICAL ERROR**, filed on August 25, 2015, by counsel for appellant,

**IT IS ORDERED** that the motion is **GRANTED**. On page five in the second full paragraph, the second sentence of the paragraph is **CORRECTED** to read: "So Jackelen and Gauger flew to Las Vegas to meet with Dr. Raymond Rawson, a forensic odontologist on the staff of the Clark County Coroner's Office in Nevada."